UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO. 1:24-cv-21280-RKA

**OSCAR HERRERA**,

Plaintiff,

vs.

**1100 WEST INVESTMENTS, LLC,**
**d/b/a BAIA BEACH CLUB,**
**a foreign limited liability company,**

Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, 1100 West Investments, LLC, d/b/a BAIA Beach Club, discloses the following

pursuant to the Court's Order Requiring Certificates of Interested Parties [ECF 12].

1.      The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this action including

subsidiaries, conglomerates, affiliates, parent corporation, publicly traded companies that own

10% or more of a party's stock, and all other identifiable legal entities related to the case:

   a.  Oscar Herrera, Plaintiff

   b.  Cole, Scott & Kissane, P.A., Defendant's counsel

   c.  Edward S. Polk, Esq., Defendant's counsel

   d.  Raphael Marjenberg, Esq., Defendant's counsel

   e.  Roderick V. Hannah, Esq., P.A., Plaintiff's counsel

   f.  Pelayo M. Duran, Esq., Plaintiff's counsel

   g.  Law Office of Pelayo Duran, P.A., Plaintiff's counsel

**COLE, SCOTT & KISSANE, P.A.**

    h.   1100 West Investments, LLC, a foreign limited liability company

        i.   Carpe Hotels, LLC, part owner of 1100 West Investments, LLC

        ii.   Perry Weitz 2011 Trust, part owner of 1100 West Investments, LLC

        iii.   Michael Leibowitz, President of 1100 West Investments, LLC

        iv.   Jonathan Newberg, VP of 1100 West Investments, LLC

        v.   Russell Galbut, VP of 1100 West Investments, LLC

        vi.   Ben Rozansky, Secretary/Treasurer of 1100 West Investments, LLC

    i.   1100 West Investments Holdings, LLC

2.     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged including every person who may be entitled to restitution:

    None. (Plaintiff claims to have been civilly wronged, which Defendant denies).

We hereby certify that, except as disclosed above, we are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

CASE NO. 1:24-cv-21280-RKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant.*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone (305) 350-5338
Facsimile (305) 373-2294
E-mail: edward.polk@csklegal.com
Alternate e-mail: danise.townsend@csklegal.com

By:   s/*Edward S. Polk*

EDWARD S. POLK
Florida Bar No.:  239860